Pierre J. Renelique, M.D., P.C., as Assignee of Brumaire, Shimaine, Appellant,
against
Travelers Insurance Company, Respondent.




The Rybak Firm, PLLC (Damin J, Toell, Esq.), for appellant.
Law Office of Aloy O. Ibuzor, for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered August 8, 2014. The order, insofar as appealed from, granted the branches of defendant's motion seeking summary judgment dismissing the first and fourth through seventh causes of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much of an order of the Civil Court as granted the branches of defendant's motion seeking summary judgment dismissing the first and fourth through seventh causes of action.
Contrary to plaintiff's argument, the proof submitted by defendant in support of its motion was sufficient to give rise to a presumption that the verification requests and denial of claim forms at issue had been properly mailed (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]; Residential Holding Corp. v Scottsdale Ins. Co., 286 AD2d 679 [2001]). Contrary to plaintiff's only other contention on appeal, the proof submitted [*2]by defendant in support of its motion was sufficient to demonstrate that plaintiff had failed to appear for examinations under oath (see Stephen Fogel Psychological, P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]).
Accordingly, the order, insofar as appealed from, is affirmed. 
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 08, 2017